**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AVST HOSPITALITY, LLC, an Arizona Limited Liability Company; SUNESH TEWARI, an individual; and ANAND VASHI, an individual,<br><br>    Defendants. | Civil Action No. 22-cv-01935-JMV-LDW<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

  This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Connell Foley LLP, and by Aaron Kesselman, Nissenbaum Law Group, LLC, attorney for defendants, Avst Hospitality LLC, Sunesh Tewari, and Anand Vashi, and the respective parties herein have consented to vacate the Default entered on February 2, 2023; and it being understood that the Court's permission is necessary for the relief sought to be granted;

  **IT IS** on this __10th__ day of July 2023;

  **ORDERED** that the default entered against Defendants on February 2, 2023 is hereby vacated; and it is further

  **ORDERED** that both Plaintiff's Motion for Default Judgment and Defendants' Cross-Motion to Vacate Default are Withdrawn;** and it is further

DIW 48630
8281452-1

**ORDERED** that Defendants shall file an Answer to DIW's Complaint on or before July 21, 2023.

_____
**HONORABLE LEDA DUNN WETTRE, U.S.M.J.**

We hereby consent to the form
and substance of this Order:

**Connell Foley LLP**
Attorneys for Plaintiff

By: */s/ Bryan P. Couch*
 Bryan P. Couch

**Nissenbaum Law Group, LLC,**
Attorneys for Defendants

By: */s/ Aaron Kesselman*
 Aaron Kesselman

\*\* The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 21.